```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**CHERYL DOWELL**                                              PLAINTIFF

       v.       Civil No. 12-5018

**MICHAEL J. ASTURE, Commissioner**
Social Security Administration                                 DEFENDANT

### O R D E R

Now on this 27th day of June, 2012, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #12), filed on May 3, 2012, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #12) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the **Defendant's Motion to Dismiss** (document #10) is hereby **granted**, and this case is **dismissed without prejudice.**

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**